# Exhibit A

**Yevgeniy Timoshenko <yevgeniy.timoshenko@gmail.com>**  12/17/10

to me

5:49 PM **Yevgeniy:** so you wired 50
5:50 PM I wired 200
right?
**me:** yes
you wired 150?
5:51 PM **Yevgeniy:** no I wired 200
just making sure because the contract Im signing is for 200
so you must've signed another one for 50
**me:** Uhh why did you wire 200
5:52 PM **Yevgeniy:** 50 for you
150 for me
**me:** this contract represents us
100 and 100
**Yevgeniy:** well they have 250
**me:** oh...
**Yevgeniy:** I told you
I wanted 150
**me:** you didn't yell me you wanted 160
150
**Yevgeniy:** you asked for 50
so I wired 200 total
5:54 PM **me:** the contract says 200
total for both of us
**Yevgeniy:** lets change it then
**me:** I'll see if we can get 50 more in
**Yevgeniy:** we already got 50 more in
5:55 PM so you couldnt get better than 50%?
*15
5:56 PM **me:** it's really not the time to bring this up now
it'd already a done deal
**Yevgeniy:** yea I know
5:57 PM so Im jw if you asked or not
**me:** I did
you should have revised the contract and told dan you wanted 150 if you wanted that
I'll try mybest
5:58 PM **Yevgeniy:** do you have this document in word?
5:59 PM theres a typo in line 3 where anthonys last name is romeo instead of rumeo
**me:** he corrected all that
6:00 PM don't worry about that
dan drafted this and I trust dan
and they accepted all changes
**Yevgeniy:** well then one you sent to me
to sign
with anthonys and tylers signature
its not corrected
**me:** yeah I don't think it's a big deal
**Yevgeniy:** ok
might as well fix that

1

and change it to 250
me: we'll make the change and have Anthony initial
6:01 PM to acknowledge he knows it
no...cuz they sent our money out already
Yevgeniy: is that going to be sufficient
an initial
me: it's not just a matter of changing it
the 1pm deadline is it
we can ask dan
Yevgeniy: ok but I sent 200, you sent 50
6:02 PM before the deadline
me: I don't think it's a huge deal cuz it states he's the owner of the company
they will return one of those 50s
unless I can find a way to get your 50 in
6:03 PM I didn't know you sent 150 for you
until right now
Yevgeniy: I thought I said that when I first woke up
me: no you said maybe last night
you said "at least 100" and I said ok if you do send more tell me and change it on the contract
6:05 PM Yevgeniy: want me to talk to anthony?