# Exhibit B

2/2/12

**Yevgeniy Timoshenko** <<u>yevgeniy.timoshenko@gmail.com</u>>

to me

1:40 AM **Yevgeniy**: hey
1:41 AM **me**: hey
1:42 AM sup
**Yevgeniy**: I have a question
 when I left for london, did I personally hand you the 10K?
1:43 AM **me**: uhh i thikn so
 i dont remember?
**Yevgeniy**: ok, so then what did you do with it?
1:44 AM **me**: then i put it in my briefcase
**Yevgeniy**: and?
1:45 AM **me**: then back in your room when i realized i wont see you
1:46 AM **Yevgeniy**: back in the nightstand?
**me**: yeah
**Yevgeniy**: ok, so since it wasn't there when I came back, where do you think it went?
1:47 AM no one else came over/was in our apt other than that girl, right?
**me**: yeah
 i dont think she would take it
 i think we just misplaced it
 or it was still in there when we sold it
1:48 AM **Yevgeniy**: impossible
**me**: i dunno
 i dont have it
**Yevgeniy**: unless you put it somewhere else
**me**: i mean i actually thought you took it
 and it was fine
 cuz you didnt say anything
 when you left
**Yevgeniy**: I checked the nightstands before leaving NY -- I wouldn't leave 10K in there
1:49 AM I know she's a cool chick, and I don't want to point fingers
 but there
**me**: yeah
 i hear what youre saying
 but at this point its too long gone to recover
 and its not like shes my bff
**Yevgeniy**: aren't very many other scenarios of how the money could've disappeared
1:50 AM **me**: well people were touring our house too
**Yevgeniy**: yea I know
**me**: but i hid it
**Yevgeniy**: and even if you confronted her, its really easy for her to deny
**me**: eh its fine, im going to pay for my mistake and its fine
**Yevgeniy**: since we don't have irrefutable proof
**me**: yeah exactly
 its pointless
**Yevgeniy**: its just a shitty spot
1:51 AM **me**: yeah
 but ive been meaning to talk to you about FT
1:52 AM we're moving on in big ways
 im presenting at a conference on feb 10th at columbia

1

it'll be a big deal
was pretty selective to get in
and we've changed our bus model
so lets set up a call sometime
Yevgeniy: sure
 columbia?
me: the college
Yevgeniy: oh
1:53 AM duh
 I might be free tomorrow night
1:55 AM also, about the 10K
 if you think that I lost/misplaced it somehow
 then thats not fair for you to pay the 10K
me: dude its bs, it was my fault
 ive already wired the money
Yevgeniy: but I want you to know Im almost positive I checked before leaving and it wasnt there
1:56 AM me: i think its pretty clear
 you trusted me to take care of something
 and i failed at it
 so its only right i replace it
 luckily this case it was only money
 and not an item of sentimental value
 then id feel even worse
Yevgeniy: I know
me: so really, yev its fine
Yevgeniy: it just really sucks how everything unfolded
me: yeah lets move past it
 its really not a huge deal
 its not even a parking ticket
Yevgeniy: how misunderstandngs turned to mistrust
1:57 AM and hostility
me: speaking of which, facebook 5billion IPO today

2