

August 17, 2017

**Via ECF**
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 23B
New York, NY 10007

Re:   *Timoshenko v. Gu*, 17-cv-2268 - Request to Withdraw as Counsel

Dear Judge Forrest:

    This letter is written pursuant to Your Honor's Individual Rules of Practice to request permission to withdraw as counsel for defendant Frank Gu, as I am no longer employed by Wrobel Markham LLP, the firm representing Mr. Gu in this matter. Wrobel Markham LLP will continue to represent Mr. Gu in this case and another attorney at the firm, Jennifer Muller, has appeared in this case as counsel of record.

    Please do not hesitate to contact me at kpendergrass@ssrga.com or (212) 743-7045 if you have any questions or require any additional information.

Very respectfully,

Kristin Marlowe (KM-3191)

So ordered.
KBF
USDJ
8/21/17

270 Madison Avenue, New York, NY 10016
Main: 212-743-7000 - Fax: 212-743-7001 - www.ssrga.com