UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEVGENIY TIMOSHENKO<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK GU<br>　　　　　Defendant. | 17-CV-2268 (KBF)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND HIS COMPLAINT** |

Plaintiff Yevgeniy Timoshenko moves this Court for leave to file an amended complaint under to Federal Rules of Civil Procedure 15(a). In support of this Motion, Mr. Timoshenko submits the following memorandum of law in support of the motion, with the proposed Amended Complaint attached as Exhibit 1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: February 9, 2018　　　　　　/s/Mark Jaffe_____
　　　　　　　　　　　　　　　　　　Mark Jaffe (MJ1725)
　　　　　　　　　　　　　　　　　　Frederic B. Jennings (FJ7723)
　　　　　　　　　　　　　　　　　　**Tor Ekeland Law, PLLC**
　　　　　　　　　　　　　　　　　　195 Montague Street, 14th Floor
　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　Tel: (718) 7373-7264
　　　　　　　　　　　　　　　　　　Fax: (718) 504-5417
　　　　　　　　　　　　　　　　　　mark@torekeland.com
　　　　　　　　　　　　　　　　　　fred@torekeland.com