UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YEVGENY TIMOSHENKO

                Plaintiff,

                                                              17-cv-2268 (KBF)

    -against-

FRANK GU,

                Defendant.
-----------------------------------------------------------------X

## DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO
## PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT

*[Handwritten order:]* Ordered: Motion for leave to amend is DENIED. No reply to this motion is necessary. Any amendment should have been filed long ago. Discovery now closes in less than a month. The amendment would reopen closed issues.

*[Signed]* KBF, USDJ 2/26/18

WROBEL MARKHAM LLP
360 Lexington Avenue, 1502
New York, New York 10017
Tel: 212-421-8100
*Attorneys for Defendant*