UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/28/19

x----------------------------------x
YEVGENIY TIMOSHENKO
          Plaintiff,

v.

FRANK GU
          Defendant.
x----------------------------------x

Civil Action No. 1:17-CV-2268
(KBF)(KNF)
STIPULATION OF DISMISSAL

Whereas the parties entered into a Settlement Agreement on or around January 4, 2019, it is hereby stipulated and agreed, by and between the attorneys of record for the parties to the above-entitled action that the above-entitled action shall be, and hereby is, dismissed, with prejudice.

**WROBEL MARKHAM LLP**
Attorneys for Defendant Frank Gu

By: _____
Jennifer Muller
January 5, 2019

**TOR EKELAND, PLLC**
Attorneys for Plaintiff Yevgeniy Timoshenko

By: _____
Mark H. Jaffe
January 5, 2019

SO ORDERED: 1/28/19
/Kevin Nathaniel Fox/
_____
KEVIN NATHANIEL FOX, U.S.M.J.